UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV54 HEA |
| ) | |
| FORMTECK METAL FORMING, INC., ) | |
| d/b/a DAHLSTROM INDUSTRIES ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion to Enforce Settlement [Doc. #59] is set for Wednesday, June 2, 2010, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 24th day of May, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE